THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SEYCHEW, Defendant, and SAM SAN FILIPPO, Appellant.— Judgment of conviction affirmed. Memorandum: We are of the opinion that the record discloses proof of facts which, beyond a reasonable doubt, establish the appellant's guilt of the crime of grand larceny in the first degree as defined in section 1293-a of the Penal Law (See *Van Vechten* v. *American E. F. Ins. Co.*, 239 N. Y. 303) and that the court's instructions to the jury, upon the question of criminal intent, were sufficiently clear and could not have caused any confusion in the minds of the jurors in respect to the burden being upon the People to establish defendant's criminal intent beyond a reasonable doubt. All concur. (The judgment convicts appellant of the crime of grand larceny, first degree.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

BERTHA A. BAKER, DOROTHY A. PFAFF and GEORGIA E. CURRAN, Appellants, v. CARL E. ALLYN and FRANK S. ALLYN, Individually and as Executors, etc., of MARY E. ALLYN, Deceased, Respondents.— Judgment affirmed, with costs. Memorandum: The finding that the wills in question here were not mutual, irrevocable wills is supported by the clear weight of the evidence. Plaintiffs' complaint was properly dismissed. (See *Rastetter* v. *Hoenninger*, 214 N. Y. 66, and *Wallace* v. *Wallace*, 216 id. 28.) All concur. (The judgment dismisses the complaint in an action to establish a contract to make a will.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.